JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN  DIVISION

| | |
|---|---|
| ROMEL JOHNSON, | ) CV 08-05496-MMM |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| ROBERT A. HOREL, Warden, | ) |
| | ) |
| Respondent. | ) |
| | ) |

In accordance with the Report and Recommendation of the United States filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is Dismissed with prejudice.

DATED:  October 30, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1